UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| NORA PATRICIA RUIZ, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF HECTOR RUIZ, DECEASED; AND HECTOR A. RUIZ, BIOLOGICAL SON,<br><br>Plaintiffs,<br><br>vs.<br><br>TRW VEHICLE SAFETY SYSTEMS, INC.,<br><br>Defendant. | 3:17-CV-03006-RAL<br><br>ORDER GRANTING JUDGMENT OF DISMISSAL AND FINAL JUDGMENT |

The parties have filed a Joint Motion for Dismissal with Prejudice, Doc. 30. For good cause, it is hereby

ORDERED that the Joint Motion for Dismissal with Prejudice, Doc. 30, is granted. It is further

ORDERED, ADJUDGED AND DECREED that under Rules 54 and 58 of the Federal Rules of Civil Procedure, judgment of dismissal with prejudice and without taxation of costs hereby enters in this case on all claims.

DATED this 12th day of September, 2018.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE